Greg K. Hafif, Esq., SBN **10606**
ghafif@hafif.com
**LAW OFFICES OF HERBERT HAFIF**
269 West Bonita Avenue
Claremont, CA 91171-4784
Telephone : (909) 624-1671
Facsimile : (909) 625-7772

Attorneys for Plaintiff,
KATHY MURPHY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN MURPHY, an Individual<br><br>Plaintiff,<br><br>v.<br><br>HELEN I. LA FETRA TRUST, and JAY COHEN, Trustee of the HELEN I. LA FETRA TRUST; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:11-cv-01989 PMP (CWHx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or ( c)** |

PLEASE TAKE NOTICE that this action is dismissed by the Plaintiff in its entirety, without prejudice.

This dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

DATED: February 27, 2011

IT IS SO ORDERED.

_(signature)_
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: February 27, 2012.

**LAW OFFICES OF HERBERT HAFIF**

By: _(signature)_
Greg K. Hafif
Attorneys for Plaintiff
KATHLEEN MURPHY

- 1 -
NOTICE OF DISMISSAL